UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **ALEXANDER N. ASANOV, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| **v.** | )   **No. 3:07-1288** |
| | )   **JUDGE ECHOLS** |
| **DENIS K. LEGEIDO,** | ) |
| | ) |
|     **Defendant.** | ) |

### ORDER

Pending before the Court are the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on September 22, 2008, (Docket Entry No. 17), Plaintiff's Second Emergency Petition for Preliminary Injunction and Protective Orders (Docket Entry No. 15), and Defendant's Motion for Summary Dismissal (Docket Entry No. 14). The Magistrate Judge recommends dismissal of the case with prejudice and denial of Plaintiff's request for preliminary injunctive relief as moot. Plaintiff did not file any objections to the R&R.

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). Having carefully reviewed the entire record in this case, the Court finds that no error of fact or law appears in the R&R. Accordingly,

1

(1) the R&R of the Magistrate Judge (Docket Entry No. 17) is hereby ACCEPTED;

(2) the claims of Plaintiffs BioElectroSpec, Incorporated and TIRF Technologies, Incorporated, and all claims of others "similarly situated" are hereby DISMISSED WITH PREJUDICE for failure to comply with the Court's January 17, 2008 Order requiring these Plaintiffs to retain counsel and file an amended complaint;

(3) Plaintiff's Second Emergency Petition for Preliminary Injunction and Protective Orders (Docket Entry No. 15) is hereby DENIED AS MOOT;

(4) Defendant's Motion for Summary Dismissal (Docket Entry No. 14) is hereby GRANTED; and

(5) this case is hereby DISMISSED WITH PREJUDICE.

(6) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE